UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-00116 |
| | § | |
| MEMORIAL HERMANN HEALTH SYSTEM, *et al*, | § § § | |
| Defendants. | § § | |

## **ORDER**

Now before the Court is the United States' Notice Declining Intervention (Dkt. 18). The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730 (b) (4) (B), the Court rules as follows:

**IT IS ORDERED** that,

1. The Complaint is unsealed and shall be served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3. The seal is lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the United States, as provided for in 31 U.S.C. § 3730 (c) (3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SIGNED at Galveston, Texas, this 29th day of October, 2018.

George C. Hanks Jr.
United States District Judge